UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOHNNY LEE RAY, | ) | No. CV 11-09716-GAF (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JERRY BROWN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED:  May 24, 2012

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE